JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURELIO MARTINEZ RODRIGUEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>BRIAN BIRKHOLZ, Warden FCC Lompoc,<br><br>　　　　　Respondent. | Case No. 2:24-cv-01579-FMO-PD<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: March 5, 2025

　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　HON. FERNANDO M. OLGUIN
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE